SIGAL CHATTAH, NVSBN 5634
First Assistant United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANDERSON )<br><br>        Plaintiff, )<br><br>        v. )<br><br>FRANK BISIGNANO, )<br>Commissioner of Social Security, )<br><br>        Defendant. ) | Case No.: 2:25-cv-02057-MDC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(**_FIRST REQUEST_**) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 10, filed on January 14, 2026), currently due on February 13, 2026, by 31 days, through and including March 16, 2026. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to March 30, 2026.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement

is possible in this case.  Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option, and for Defendant's counsel to confer with Defendant.  If this case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of March 16, 2026.  Counsel for Defendant advised counsel for Plaintiff of the need for this extension on February 11, 2026.  Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including March 16, 2026.  This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: February 11, 2026                    Respectfully submitted,

                                            SIGAL CHATTAH
                                            First Assistant United States Attorney

                                            I certify that Artificial Intelligence was not used
                                            to prepare the foregoing document

                                            /s/ David Priddy
                                            DAVID PRIDDY
                                            Special Assistant United States Attorney

                                            IT IS SO ORDERED:

                                            _____
                                            Hon. Maximiliano D. Couvillier, III
                                            UNITED STATES MAGISTRATE JUDGE

                                            DATED:  February 12, 2026

2